IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

Empire Financial Services, Inc., )
)
    Plaintiff, )
)
v. ) CASE NO. 1:08-cv-00226-WC
)
Kenneth L. Todd, III et als., )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Empire Financial Services Inc., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Southwest Georgia Bank | Owner of Plaintiff/Subsidiary of Southwest Georgia Financial Corporation |
| Southwest Georgia Financial Corporation (a state-chartered bank holding company) | Publicly Traded Corporation Owner of Southwest Georgia Bank |

3/31/2008
Date

(Signature)

Robert P. Reynolds
(Counsel's Name)

Empire Financial Services, Inc.
Counsel for (print names of all parties)

P.O. Box 2863
Tuscaloosa, Alabama 35403
Address, City, State Zip Code

(205) 291-0073/e-mail: rreynolds@rrdlaw.com/Code No. REY-007
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

## CERTIFICATE OF SERVICE

I, Robert P. Reynolds, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31st day of March 2008 to:

| | |
|---|---|
| Kenneth L. Todd, III | Gary L. Anderson |
| Michael D. Brock | Keith A. LaFerriere |
| James R. Paxton | SEE EXHIBIT "A" attached hereto for mailing addresses |
| Daniel A. Bailey | |
| C. Wayne Roberts | |
| Timothy L. Eakes | |

3/31/2008
Date

Signature

## EXHIBIT "A"

Defendants' Addresses:

Kenneth L. Todd, III
209 Ashborough Circle
Dothan, Alabama 36301

Michael D. Brock
224 Morning Glory LN
Dothan, Alabama 36305

James R. Paxton
c/o Southeastern Performance Apparel
142 South Woodburn Drive
Dothan, Alabama 36305

Daniel A. Bailey
114 Wentworth Drive
Dothan, Alabama 36305

C. Wayne Roberts
105 Holly Hill Road
Enterprise, Alabama 36330

Timothy L. Eakes
614 Country Club Road
Troy, Alabama 36079

Gary L. Anderson
216 Whisper Lane
Midland City, Alabama 35350-7042

Keith A. LaFerriere
458 S. Oaks Drive
Springfield, MO 65809