AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Empire Financial Services, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Kenneth L. Todd, III, et als

CASE NUMBER: 1:08CV226

TO: (Name and address of Defendant)

Timothy L. Eakes
614 Country Club Road
Troy, Alabama 36079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert P. Reynolds
Reynolds, Reynolds & Duncan, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403

an answer to the complaint which is served on you with this summons, within _____30 20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

3.27.08

| CLERK | | DATE |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 29, 2008 |
| NAME OF SERVER (PRINT) Raymond Price | TITLE Private Detective-Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mrs. Timothy L. Eakes
614 Country Club Rd.
Troy Al. 36079

☐ Returned unexecuted:

☐ Other (specify):

Mrs. Timothy L. Eakes

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL 102 miles @ .55 per mile = $56.10 | SERVICES $90.00 | TOTAL $0.00 $146.10 | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/29/08
_____
Date

Raymond Price
_____
Signature of Server

625 Milan Ct. Montg. Al. 36109
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.