AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Empire Financial Services, Inc.

V.

Kenneth L. Todd, III, et als

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08cv226

TO: (Name and address of Defendant)

> C. Wayne Roberts
> 105 Holly Hill Road
> Enterprise, Alabama 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Robert P. Reynolds
> Reynolds, Reynolds & Duncan, LLC
> Post Office Box 2863
> Tuscaloosa, Alabama 35403

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3.27.08

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 29, 2008 |
| NAME OF SERVER (PRINT) Raymond Price | TITLE Private Detective - Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 105 Holly Hill Rd. Enterprise, Al. 36330

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL 66 x 2 = 132 miles @ .55 per mile = $72.60 | SERVICES $90.00 | TOTAL $0.00  $162.60 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/29/08
             Date

Signature of Server: Raymond Price

Address of Server: 625 Milan Ct. Montg. Al. 36109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.