%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Empire Financial Services, Inc.

V.

Kenneth L. Todd, III, et als

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08 cv 226

TO: (Name and address of Defendant)

Kenneth L. Todd, III
209 Ashborough Circle
Dothan, Alabama 36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert P. Reynolds
Reynolds, Reynolds & Duncan, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403

an answer to the complaint which is served on you with this summons, within __30 20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3-27-08
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 29, 2008 |
| NAME OF SERVER (PRINT) Raymond Price | TITLE Private Detective - Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 209 Ashborough Cir. Dothan, Al. 36301

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $30.80 56 miles @ .55 per mile | SERVICES $90.00 | TOTAL $0.00 $120.80 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/29/08
         Date

*Signature of Server* Raymond Price

625 Milan Ct. Montg, Al. 36109
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.