AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Empire Financial Services, Inc.

V.

Kenneth L. Todd, III, et als

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:08cv226

TO: (Name and address of Defendant)

James R. Paxton
c/o Southeastern Performance Apparel
142 South Woodburn Drive
Dothan, Alabama 36305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert P. Reynolds
Reynolds, Reynolds & Duncan, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403

an answer to the complaint which is served on you with this summons, within ___30 20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                3.27.08

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/07/08 |
| NAME OF SERVER (PRINT) Raymond Price | TITLE Private Detective - Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 142 So. Woodburn Dr. Dothan, Al. 36305

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):   *James R Paxton*   04/07/2008
                                           04/06/2008

**STATEMENT OF SERVICE FEES**

| TRAVEL 204 mi @ .55¢/mi  112.20 | SERVICES 90.00 | TOTAL $0.00  202.20 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/07/08
　　　　　　　　Date　　　　　　　　　　　Signature of Server  *Raymond Price*

　　　　　　　　　　625 Milan Ct. Montg. Al. 36109
　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.