IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., * | | |
| * | | |
| Plaintiff, * | | |
| * | | |
| v. * | CIVIL ACTION NUMBER | |
| * | | |
| KENNETH L. TODD, III, * | 1:08CV226 | |
| MICHAEL D. BROCK, * | | |
| JAMES R. PAXTON, * | | |
| DANIEL A. BAILEY, * | | |
| C. WAYNE ROBERTS, * | | |
| TIMOTHY L. EAKES, * | | |
| GARY L. ANDERSON and * | | |
| KEITH A. LAFERRIERE, * | | |
| * | | |
| Defendants. * | | |

## ENTRY OF APPEARANCE

COMES NOW Dow T. Huskey, Attorney at Law, and enters this his appearance as attorney of record for Defendants, Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere.

Respectfully submitted,

*/s/ Dow T. Huskey*
Dow T. Huskey     (HUS002)
Attorney for Defendants
P. O. Drawer 550
Dothan, Alabama  36302
T:  334-794-3366
F:  334-794-7292

## CERTIFICATE OF SERVICE

      I, Dow T. Huskey, doe hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 18th day of April, 2008, to:

Robert P. Reynolds, Esq.
Reynolds, Reynolds & Duncan, LLC
2115 11th Street
Tuscaloosa, AL  35401

                                                  */s/  Dow T. Huskey*