AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Empire Financial Services, Inc.

V.

Kenneth L. Todd, III et als.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08CV226

TO: (Name and address of Defendant)

Keith A. LaFerriere
458 S. Oaks Drive
Springfield, MO  65809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert P. Reynolds
Reynolds, Reynolds & Duncan, LLC
P.O. Box 2863
Tuscaloosa, Alabama  35403

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        3-27-08

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

HPS 3441

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE / TIME: April 12, 2008 at 2:27 PM |
| NAME OF SERVER (PRINT): Gary K. Wells | TITLE: Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 458 S. Oaks Drive, Springfield, MO 65809

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00   $118.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 14, 2008
              Date

Signature of Server

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
1669 Jefferson
Kansas City, MO 64108
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Alabama

Case Number: 108CV226

Plaintiff/Petitioner:
**EMPIRE FINANCIAL SERVICES, INC.**
vs.
Defendant/Respondent:
**KENNETH L. TODD, III, et al.**

For: Rachel L. Webber
    REYNOLDS, REYNOLDS & DUNCAN, LLC

Received by Hatfield Process Service on the **2nd day of April, 2008** at **10:45 am** to be served on **Keith A. LaFerriere, 458 South Oaks Drive, Springfield, MO 65809**. I, __Gary K. Wells__, do hereby affirm that on the __12th__ day of __April__, 2008 at __2:27p__.m., executed service by delivering a true copy of the Summons in a Civil Action and Complaint with Exhibits 1-13 in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the above-named person.

( ) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to _____, as _____, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____ BRANCH ( ) NO

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*[signature: Gary K. Wells]*

PROCESS SERVER # __N/A__
Appointed in accordance
with State Statutes

**Hatfield Process Service**
Www.Hatfieldprocess.Com
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800
Our Job Serial Number: 2008003441