## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO: |
| | § | |
| | § | 1:08-cv-00226-WC |
| VS. | § | |
| KENNETH L. TODD, III, | § | |
| MICHAEL D. BROCK, | § | |
| JAMES R. PAXTON,, | § | |
| DANIEL A. BAILEY, | § | |
| C. WAYNE ROBERTS, | § | |
| TIMOTHY L. EAKES, | § | |
| GARY L. ANDERSON and | § | |
| KEITH A. LAFERRIERE, | § | |
| | § | |
| DEFENDANTS. | § | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE

COMES NOW, Rachel L. Webber, Attorney at Law, and enters her appearance as *additional* counsel for Plaintiff, Empire Financial Services, Inc.

/s/ Rachel L. Webber
Rachel L. Webber
Code No. WEB-041
Attorney for Plaintiff
REYNOLDS, REYNOLDS & DUNCAN, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403
Telephone: (205) 391-0073
E-mail: rwebber@rrdlaw.com
RRD File No. 358.11

Case No. 1:08-cv-00226-WC
Page 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the above and foregoing Appearance has been made this 22nd day of April, 2008 via email and/or U.S. Postal Service, First Class, prepaid upon the following:


Dow T. Huskey, Esq.
Attorney for Defendants
P.O. Drawer 550
Dothan, Alabama 36302


*/s/ Rachel L. Webber*
Rachel L. Webber
Of Counsel for Plaintiff