AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Empire Financial Services, Inc.

V.

Kenneth L. Todd, III, et als

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08CV226

TO: (Name and address of Defendant)

Gary L. Anderson
216 Whisper Lane
Midland City, Alabama 35350-7042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert P. Reynolds
Reynolds, Reynolds & Duncan, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              3·27·08
CLERK                                            DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 04-22-08 |
| NAME OF SERVER (PRINT) Raymond Price | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Patricia Anderson - 216 Whisper Lane 36350

☐ Returned unexecuted:

☐ Other (specify):

Received by Patricia Anderson 4-22-08

**STATEMENT OF SERVICE FEES**

| TRAVEL 832 Mi. @ 55¢ per Mi. 457.60 | SERVICES 90.00 | TOTAL $0.00 547.60 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04-22-08       Raymond Price P.I.
                 Date              Signature of Server

625 Milan Ct. Montg. AL 36109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.