AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

**PLAINTIFF**
Empire Financial Services, Inc.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere,

Case Number: 1:08-cv-226-WHA

V. THIRD PARTY DEFENDANT

John Moore, Bruce Snead, The Profile Group, Inc. and Stoneview Summit Development, Inc.

To: Name and address of Third Party Defendant

Stoneview Summit Development, Inc.
5134 North Shores Road
Acworth, GA  30101

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert P. Reynolds<br>Rachel L. Webber<br>Reynolds, Reynolds & Duncan, LLC<br>P. O. Box 2863<br>Tuscaloosa, Alabama  35403 | Dow T. Huskey<br>Attorney at Law<br>P. O. Drawer 550<br>Dothan, Alabama  36302 |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              5/23/08
_____         _____
CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

PLAINTIFF

Empire Financial Services, Inc.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere,

Case Number: 1:08-cv-226-WHA

V. THIRD PARTY DEFENDANT

John Moore, Bruce Snead, The Profile Group, Inc. and Stoneview Summit Development, Inc.

To: Name and address of Third Party Defendant

The Profile Group, Inc.
5134 North Shores Road
Acworth, GA  30101

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert P. Reynolds<br>Rachel L. Webber<br>Reynolds, Reynolds & Duncan, LLC<br>P. O. Box 2863<br>Tuscaloosa, Alabama  35403 | Dow T. Huskey<br>Attorney at Law<br>P. O. Drawer 550<br>Dothan, Alabama  36302 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    5/23/08
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

PLAINTIFF
Empire Financial Services, Inc.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere,

Case Number: 1:08-cv-226-WHA

V. THIRD PARTY DEFENDANT

John Moore, Bruce Snead, The Profile Group, Inc. and Stoneview Summit Development, Inc.

To: Name and address of Third Party Defendant

Bruce Snead
5134 North Shores Road
Acworth, GA 30101

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Robert P. Reynolds
Rachel L. Webber
Reynolds, Reynolds & Duncan, LLC
P. O. Box 2863
Tuscaloosa, Alabama 35403

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Dow T. Huskey
Attorney at Law
P. O. Drawer 550
Dothan, Alabama 36302

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                       *Debra P. Hackett*
_____                      _____
CLERK                                                     DATE

_[signature]_
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

**PLAINTIFF**
Empire Financial Services, Inc.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. **DEFENDANT AND THIRD PARTY PLAINTIFF**

Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere,

Case Number: 1:08-cv-226-WHA

V. **THIRD PARTY DEFENDANT**

John Moore, Bruce Snead, The Profile Group, Inc. and Stoneview Summit Development, Inc.

To: Name and address of Third Party Defendant

John Moore
5134 North Shores Road
Acworth, GA 30101

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert P. Reynolds<br>Rachel L. Webber<br>Reynolds, Reynolds & Duncan, LLC<br>P. O. Box 2863<br>Tuscaloosa, Alabama  35403 | Dow T. Huskey<br>Attorney at Law<br>P. O. Drawer 550<br>Dothan, Alabama  36302 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK _[signature]_
(By) DEPUTY CLERK

DATE  5/23/08