**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jerry Clark*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  TC Clark    C. Date of Delivery  5·27·08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

*Third pty*
*Sm E Cmp*

1. Article Addressed to:

The Profile Group, Inc.
5134 North Shores Road
Acworth, GA  30101

1:08-CV-226-WHA

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0005 7147 3525

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Jerry Clark*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  TC Clark    C. Date of Delivery  5·27·08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*Third pty cmp E sm*

1. Article Addressed to:

Stoneview Summit Development, Inc.
5134 North Shores Road
Acworth, GA  30101

1:08-CV-226WHA

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7001 0320 0000 6561 3978

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Snead
5134 North Shores Road
Acworth, GA   30101

1:08-CV-226 WHA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Terry Clark*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   T Clark    C. Date of Delivery  5-27-08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Third pty Sms & Cnyp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   7004 2510 0005 7147 3518

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Moore
5134 North Shores Road
Acworth, GA   30101

1:08-CV-226 WHA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Terry Clark*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   T Clark    C. Date of Delivery  5-27-08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Sms & Cnyp (Third party)

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   7004 2510 0005 7147 3532

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540