IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | § |
| PLAINTIFF, | § § § CIVIL ACTION NO: |
| | § |
| | § 1:08-cv-00226-WHA-WC |
| VS. | § |
| KENNETH L. TODD, III, | § |
| MICHAEL D. BROCK, | § |
| JAMES R. PAXTON,, | § |
| DANIEL A. BAILEY, | § |
| C. WAYNE ROBERTS, | § |
| TIMOTHY L. EAKES, | § |
| GARY L. ANDERSON and | § |
| KEITH A. LAFERRIERE, | § |
| | § |
| DEFENDANTS. | § |

## CONSENT MOTION BY PLAINTIFF TO
## EXTEND TIME FOR FILING DISCOVERY PLAN

COMES NOW Plaintiff, Empire Financial Services, Inc., and moves this Honorable Court to extend the deadline for filing the Rule 26(f) report containing the discovery plan by an additional sixty (60) days and as grounds therefore states as follows:

1. Counsel to Defendants consents to the extension of time.

2. The deadline for filing a discovery plan is currently scheduled for June 9, 2008.

3. Plaintiff has filed a Motion to Dismiss Defendants' Counterclaim on this, the 3rd day of June, 2008.

4. The ruling in connection with the Motion to Dismiss will affect the scope of discovery.

Case No. 1:08-cv-00226-WHA-WC
Page 2

WHEREFORE, Plaintiff moves this Honorable Court to extend the deadline for filing the Rule 26(f) report containing the discovery plan by an additional sixty (60) days and grants to Plaintiff such further relief to which it may be entitled.

*s/Robert P. Reynolds*
Robert P. Reynolds
Code No. REY-007
Attorney for Plaintiff, Empire Financial Services, Inc.

OF COUNSEL:
REYNOLDS, REYNOLDS & DUNCAN, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403
Telephone: (205) 391-0073
E-mail: rreynolds@rrdlaw.com
File No. 358.11-F

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the above and foregoing Consent Motion to Extend Time for Filing Discovery Plan has been made this 3rd day of June, 2008 electronically and/or U.S. Postal Service, First Class, prepaid upon the following:

Dow T. Huskey, Esq.
Attorney for Defendants
P.O. Drawer 550
Dothan, Alabama 36302

                                      /s/*Robert P. Reynolds*
                                      Robert P. Reynolds
                                      Of Counsel for Plaintiff

RevisedMotiontoExtend.wpd