IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv226-WHA |
| | ) | |
| KENNETH L. TODD, III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Counterclaim (Doc. #22), filed on June 3, 2008, it is

ORDERED that the Counterclaim Plaintiffs shall show cause, if any there be, **on or before June 24**, **2008** why the motion should not be granted. The Counterclaim Defendant shall have **until July 1, 2008**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 3rd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE