IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | § § | |
| PLAINTIFF, | § § § | CIVIL ACTION NO: |
| | § | 1:08-cv-00226-WHA-WC |
| VS. | § | |
| KENNETH L. TODD, III, | § | |
| MICHAEL D. BROCK, | § | |
| JAMES R. PAXTON,, | § | |
| DANIEL A. BAILEY, | § | |
| C. WAYNE ROBERTS, | § | |
| TIMOTHY L. EAKES, | § | |
| GARY L. ANDERSON and | § | |
| KEITH A. LAFERRIERE, | § § | |
| DEFENDANTS. | § | |

**CONSENT MOTION BY PLAINTIFF TO
EXTEND TIME FOR FILING DISCOVERY PLAN**

COMES NOW Plaintiff, Empire Financial Services, Inc., and moves this Honorable Court to extend the deadline for filing the Rule 26(f) report containing the discovery plan by an additional sixty (60) days and as grounds therefore states as follows:

1. Counsel to Defendants consents to the extension of time.

2. The deadline for filing a discovery plan is currently scheduled for June 9, 2008.

3. Plaintiff has filed a Motion to Dismiss Defendants' Counterclaim on this, the 3rd day of June, 2008.

4. The ruling in connection with the Motion to Dismiss will affect the scope of discovery.

**MOTION GRANTED**

SO ORDERED
THIS _____ DAY OF _____, 20___
_____
UNITED STATES DISTRICT JUDGE