IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **EMPIRE FINANCIAL SERVICES, INC.** | * |
| **Plaintiff** | * |
| v. | * Case No.: 1:08-cv-00226-WHA-WC |
| **KENNETH L. TODD, III**, *et. al.* | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ADMISSION *PRO HAC VICE* OF T. CHRISTINE PHAM

Pursuant to Local Rule 83.1(b), I am moving the admission of T. Christine Pham to appear *pro hac vice* in this case as additional counsel for the Defendants and state as follows:

1. I, Dow Thobern Huskey, Jr., am a member in good standing of the bar of this Court. My bar number is ASB6371-U69D.

2. By her signature below, the proposed admittee, T. Christine Pham, certifies that she is a member in good standing of the bars of the State of Maryland and of the United States District Court for the District of Maryland, as evidenced by the Certificate of Good Standing filed herewith, and has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

3. The proposed admittee, T. Christine Pham, has never before been admitted *pro hac vice* to this Court.

4. By her signature below, the proposed admittee, T. Christine Pham, agrees to adhere to this Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline, and, to the extent not inconsistent with the preceding, the American Bar Association Model Rules of Professional Conduct.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT

*/s/ Dow T. Huskey*
Dow Thobern Huskey, Jr. (HUS 002)
Dow T. Huskey Attorney at Law
P. O. Drawer 550
112 West Adams Street
Dothan, AL 36302-0550
Phone: (334) 794-3366
Fax: (334) 794-7292
Email: dhuskey@huskeylaw.com

PROPOSED ADMITEE

*/s/ T. Christine Pham*
T. Christine Pham
Rosenberg | Martin | Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
Email: cpham@rosenbergmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Benjamin Rosenberg and proposed Order was served via U. S. mail, postage prepaid and properly addressed or by electronically filing on:

Robert Payne Reynolds
Reynolds, Reynolds & Duncan, PC
P O Box 2863
Tuscaloosa, AL 35803

*Counsel for Plaintiff*

John Moore
5134 North Shores Road
Acworth, GA 30101

*Third Party Defendant*

Bruce Snead
5134 North Shores Road
Acworth, GA 30101

*Third Party Defendant*

The Profile Group, Inc.
5134 North Shores Road
Acworth, GA 30101

*Third Party Defendant*

Stoneview Summit Development, Inc.
5134 North Shores Road
Acworth, GA 30101

*Third Party Defendant*

_____
Dow Thobern Huskey, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC. | * |
|     Plaintiff | * |
| v. | *   Case No.: 1:08-cv-00226-WHA-WC |
| KENNETH L. TODD, III, *et. al.* | * |
|     Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF T. CHRISTINE PHAM

Upon consideration of Movant, Dow Thobern Huskey, Jr.'s Motion for Admission *Pro Hac Vice* of T. Christine Pham under Local Rule 83.1(b),

It is this _____ day of _____, 2008, ORDERED that:

(1) Movant, Dow Thobern Huskey, Jr.'s Motion for Admission *Pro Hac Vice* of T. Christine Pham is hereby GRANTED; and

(2) T. Christine Pham is hereby admitted *pro hac vice* in the above-captioned case.

 

_____
Judge



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that T. CHRISTINE PHAM, ESQ., BAR NUMBER 25446, was duly admitted to practice in the United States District Court for the District of Maryland on SEPTEMBER 25, 1998, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk

Date: JUNE 3, 2008