IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO: |
| | § | |
| | § | 1:08-cv-00226-WHA-WC |
| VS. | § | |
| | § | |
| KENNETH L. TODD, III, | § | |
| MICHAEL D. BROCK, | § | |
| JAMES R. PAXTON,, | § | |
| DANIEL A. BAILEY, | § | |
| C. WAYNE ROBERTS, | § | |
| TIMOTHY L. EAKES, | § | |
| GARY L. ANDERSON and | § | |
| KEITH A. LAFERRIERE, | § | |
| | § | |
| DEFENDANTS. | § | |

**MOTION BY PLAINTIFF TO SEVER THIRD PARTY COMPLAINT**

COMES NOW Plaintiff, Empire Financial Services, Inc., pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and moves this Honorable Court to sever the Third Party Complaint and as grounds therefore states as follows:

1. Plaintiff, Empire Financial Services, Inc. (hereinafter, Empire), initiated this proceeding in the United States District Court for the Middle District of Alabama in order to enforce Defendants' unconditional unlimited guaranty agreements with Empire.

2. Empire's claims against Defendants (hereinafter, Guarantors) arise under contract law as Guarantors have failed to pay Empire approximately $18,000,000.00 due from Lake Martin Partners, LLC (hereinafter, "Lake Martin"), pursuant to the terms of unlimited unconditional guaranties executed by Guarantors.

3. Guarantors have initiated a Third Party Complaint against John Moore, Bruce Snead, The Profile Group, Inc., and Stoneview Summit Development, Inc. (hereinafter, Third Party Defendants), alleging multiple tort claims.

Case No. 1:08-cv-00226-WHA-WC
Page 2

4. Whether Third Party Defendants are liable to Guarantors based upon tort claims is separate and independent from Empire's contract claims against Guarantors pursuant to the terms of the unlimited unconditional guaranties executed by Guarantors.

5. Failure to sever the Third Party Complaint from the action to enforce Guarantors' unconditional unlimited guaranty agreements with Empire will prolong and confuse the action initiated by Empire with the tort claims arising under the Third Party Complaint.

6. Failure to sever the Third Party Complaint may also effect substantial prejudice to Empire resulting from an undue complication of issues and evidence.

7. The Ruling of this Honorable Court in connection with Empire's Motion to Dismiss Counterclaim will further support the severance of the Third Party Complaint by Guarantors.

WHEREFORE, Plaintiff, Empire Financial Services, Inc., moves this Honorable Court to sever the Third Party Complaint from its action to enforce Guarantors' unconditional unlimited guaranty agreements with Empire.

/s/*Robert P. Reynolds*
Robert P. Reynolds
Code No. REY-007
Attorney for Plaintiff, Empire Financial Services, Inc.

OF COUNSEL:
REYNOLDS, REYNOLDS & DUNCAN, LLC
Post Office Box 2863
Tuscaloosa, Alabama   35403
Telephone:  (205) 391-0073
E-mail: rreynolds@rrdlaw.com
File No. 358.11-F

Case No. 1:08-cv-00226-WHA-WC  
Page 3

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that service of the above and foregoing Motion to Sever Third Party Complaint has been made this 12th day of June, 2008 electronically and/or by U.S. Postal Service, First Class, prepaid upon the following:

> Dow T. Huskey, Esq.
> Attorney for Defendants
> P.O. Drawer 550
> Dothan, Alabama 36302

/s/<i>Robert P. Reynolds</i>  
Robert P. Reynolds  
Of Counsel for Plaintiff