IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv226-WHA |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Motion by Plaintiff to Sever Third Party Complaint (Doc. #28), filed on June 12, 2008, it is

ORDERED that any opposing party shall show cause, if any there be, **on or before June 26**, **2008** why the motion should not be granted. The Plaintiff is given **until July 7, 2008,** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 12th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE