IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | * |
| Plaintiff, | * |
| v. | *   1:08-CV-00226-WHA-WC |
| KENNETH L. TODD, III, et al., | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

NOW COME Micheal S. Jackson and Ryan Wesley Shaw of BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C., and hereby give notice to this Honorable Court of their appearance in the above-styled cause as additional counsel on behalf of the Defendant, C. Wayne Roberts.

**RESPECTFULLY SUBMITTED**, this the 13th day of June, 2008.

s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JAC015]**

s/ Ryan Wesley Shaw
**RYAN WESLEY SHAW [SHA071]**

Attorneys for C. Wayne Roberts
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com
wshaw@beersanderson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2008, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert P. Reynolds, Esq.
Rachel L. Webber, Esq.
REYNOLDS, REYNOLDS & DUNCAN, LLC
P.O. Box 2863
Tuscaloosa, AL 35403

Dow T. Huskey, Esq.
P.O. Drawer 550
Dothan, AL 36302

      s/ Micheal S. Jackson
      **OF COUNSEL**