```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005489
Cashier ID: khaynes
Transaction Date: 06/13/2008
Payer Name: LAW OFFICE OF DOW T HUSKEY
--------------------------------------
PRO HAC VICE
 For: T CHRISTINE PHAM
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: BENJAMIN ROSENBERG
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: JOHN ALLEN ROBERTS
 Case/Party: D-ALM-A-TY-YF-EEFUND-001
 Amount:         $50.00
--------------------------------------
CHECK
 Check/Money Order Num: 5530
 Amt Tendered: $150.00
--------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

Empire Financial Services, Inc. v.
Todd et al

1:08-cv-00226-WHA-WC
```