IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv226-WHA |
| | ) |
| KENNETH L. TODD, III, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motions to Admit Pro Hac Vice (Docs. #25, 26 and 27), filed on behalf of Benjamin Rosenberg, John Allen Roberts, and T. Christine Pham on June 5, 2008, and it appearing that Benjamin Rosenberg, John Allen Roberts, and T. Christine Pham are members in good standing of the United States District Court for the District of Maryland, it is ORDERED that the motions be and the same are hereby **GRANTED**.

DONE this 16th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE