IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | |
| KENNETH L. TODD, III, | * | |
| MICHAEL D. BROCK, | * | 1:08-CV-226-WHA |
| JAMES R. PAXTON, | * | |
| DANIEL A. BAILEY, | * | |
| C. WAYNE ROBERTS, | * | |
| TIMOTHY L. EAKES, | * | |
| GARY L. ANDERSON and | * | |
| KEITH A. LAFERRIERE, | * | |
| | * | |
| Defendants/Counter Plaintiffs/Third Party Plaintiffs, | * * | |
| | * | |
| v. | * | |
| | * | |
| JOHN MOORE, BRUCE SNEAD, THE PROFILE GROUP, INC. and STONEVIEW SUMMIT DEVELOPMENT, INC., | * * * | |
| | * | |
| Third Party Defendants. | * | |

## CONSENT MOTION BY DEFENDANTS TO
## EXTEND TIME FOR FILING RESPONSES TO
## PLAINTIFF'S MOTION TO DISMISS AND MOTION TO SEVER

**COME NOW** Defendants in this cause and move this Honorable Court to extend the deadline for filing responses to Plaintiff's Motion to Dismiss and Motion to Sever until July 11, 2008 and as grounds therefor state as follows:

1.  Counsel to Plaintiff consents to the extension of time.

2. The deadline for filing a response to Plaintiff's Motion to Dismiss Counterclaim is June 24, 2008 and the deadline for filing a response to Plaintiff's Motion to Sever is June 26, 2008.

3. The requested extension will not prejudice any of the parties hereto.

**WHEREFORE,** Defendants move this Honorable Court to extend the deadline for filing responses to Plaintiff's Motion to Dismiss and Motion to Sever to July 11, 2008 and to grant to Defendants such further relief to which they may be entitled.

Respectfully submitted this 18th day of June, 2008.

/s/ Dow T. Huskey
Dow T. Huskey    (HUS002)
Attorney for Defendants/Counterplaintiffs/
Third Party Plaintiffs
P. O. Drawer 550
Dothan, Alabama 36302
T: 334-794-3366

**CERTIFICATE OF SERVICE**

I hereby certify I have served a copy of the above and foregoing upon Robert P. Reynolds, Reynolds, Reynolds & Duncan, LLC via electronic filing this 18th day of June, 2008.

Dow T. Huskey
Dow T. Huskey