**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EMPIRE FINANCIAL SERVICES, INC.,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | **CASE NO. 1:08-CV-226-WHA** |
| * | |
| **KENNETH L. TODD, III, ET AL.,** * | |
| * | |
| **Defendants/Counter Plaintiffs/** * | |
| **Third Party Plaintiffs,** * | |
| * | |
| v. * | |
| * | |
| **JOHN MOORE, ET AL.,** * | |
| * | |
| **Third Party Defendants.** * | |

**CORPORATE CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned parties to the above-captioned matter hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Profile Group, Inc.

Stoneview Summit Development, Inc.

John Moore

Bruce Snead

Theresa Snead

Angie Moore

/s/ Cowin Knowles
COWIN KNOWLES        KNO007
B. SAXON MAIN        MAI005
Attorneys for Defendants
John Moore, Bruce Snead, Profile Group, Inc. and
Stoneview Summit Development, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
P. O. Box 2148
Montgomery, AL  36102-2148
Telephone: (334) 387-7680
Telefax: (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on June 18, 2008.

Robert P. Reynolds, Esq.
Rachel L. Webber, Esq.
Reynolds, Reynolds & Duncan, LLC
P. O. Box 2863
Tuscaloosa, AL  35403
rreynolds@rrdlaw.com
rwebber@rrdlaw.com

Dow T. Huskey, Esq.
P. O. Drawer 550
Dothan, AL  36302
dhuskey@huskeylaw.com

Michael S. Jackson, Esq.
Ryan W. Shaw, Esq.
Beers Anderson Jackson Patty & Fawal, PC
P. O. Box 1988
Montgomery, AL 36102-1988
mjackson@beersanderson.com
wshaw@beersanderson.com

Benjamin Rosenberg, Esq.
John Allen Roberts, Esq.
T. Christine Pham, Esq.
Rosenberg, Martin, Greenberg, LLP
25 South Charles Street, Ste. 2115
Baltimore, M 21201
brosenberg@rosenbergmartin.com
jroberts@rosenbergmartin.com
cpham@rosenbergmartin.com

/s/ Cowin Knowles
OF COUNSEL