**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **EMPIRE FINANCIAL SERVICES, INC.** | * |
|     **Plaintiff** | * |
| v. | *   Case No.: 1:08-cv-00226-WHA-WC |
| **KENNETH L. TODD, III,** *et. al.* | * |
|     **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONFLICT DISCLOSURE STATEMENT**

Defendants, Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere, by their undersigned counsel, in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Kenneth L. Todd, III, is an individual;

2. Michael D. Brock is an individual;

3. James R. Paxton is an individual;

4. Daniel A. Bailey is an individual;

5. C. Wayne Roberts is an individual;

6. Timothy L. Eakes is an individual;

7. Gary L. Anderson is an individual; and

8. Keith A. LaFerriere is an individual.

Each of said Defendants is a member of Lake Martin Partners, LLC, an Alabama limited liability company.

*Dow T. Huskey*
Dow Thobern Huskey, Jr. (HUS 002)
Dow T. Huskey Attorney at Law
P. O. Drawer 550
112 West Adams Street
Dothan, AL 36302-0550
Phone: (334) 794-3366
Fax: (334) 794-7292
Email: dhuskey@huskeylaw.com

Attorney for Kenneth L. Todd, III, Michael D. Brock, James R. Paxton, Daniel A. Bailey, C. Wayne Roberts, Timothy L. Eakes, Gary L. Anderson and Keith A. LaFerriere

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2008, a copy of the foregoing Conflict Disclosure Form was served via electronic filing upon: Robert Payne Reynolds, Esq., Michael Stewart Jackson, Esq., Thomas Cowin Knowles, Esq., Benjamin Saxon Main, Esq., Ryan Wesley Shaw, Esq., Rachel L. Webber, Esq.

*Dow T. Huskey*
Dow Thobern Huskey, Jr.