IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | |
| KENNETH L. TODD, III, | * | |
| MICHAEL D. BROCK, | * | 1:08-CV-226-WHA |
| JAMES R. PAXTON, | * | |
| DANIEL A. BAILEY, | * | |
| C. WAYNE ROBERTS, | * | |
| TIMOTHY L. EAKES, | * | |
| GARY L. ANDERSON and | * | |
| KEITH A. LAFERRIERE, | * | |
| | * | |
| Defendants/Counter Plaintiffs/Third Party Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| JOHN MOORE, BRUCE SNEAD, THE PROFILE GROUP, INC. and STONEVIEW SUMMIT DEVELOPMENT, INC., | * | |
| | * | |
| Third Party Defendants. | * | |

## CONSENT MOTION BY DEFENDANTS TO EXTEND TIME FOR FILING RESPONSES TO PLAINTIFF'S MOTION TO DISMISS AND MOTION TO SEVER

**COME NOW** Defendants in this cause and move this Honorable Court to extend the deadline for filing responses to Plaintiff's Motion to Dismiss and Motion to Sever until July 11, 2008 and as grounds therefor state as follows:

1. Counsel to Plaintiff consents to the extension of time.

**MOTION GRANTED**

SO ORDERED
THIS 19th DAY OF _____, 2008

_____
UNITED STATES DISTRICT JUDGE