## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

EMPIRE FINANCIAL SERVICES, INC.,  *

                             *

      **Plaintiff,**           *

                             *

**v.**                          *       **CIVIL ACTION NUMBER**

                             *

**KENNETH L. TODD, III,**     *       **1:08CV226**

**MICHAEL D. BROCK,**        *

**JAMES R. PAXTON,**         *

**DANIEL A. BAILEY,**         *

**C. WAYNE ROBERTS,**       *

**TIMOTHY L. EAKES,**        *

**GARY L. ANDERSON and**     *

**KEITH A. LAFERRIERE,**     *

                             *

      **Defendants.**        *

## MOTION TO ALLOW COUNSEL TO WITHDRAW

COME NOW Dow T. Huskey, Benjamin Rosenberg, John Allen Roberts and T. Christine Pham, attorneys for Defendants, and move the Court to allow said attorneys to withdraw from representation of Defendant Gary L. Anderson on the grounds that a conflict has arisen between said counsel and Mr. Anderson that will preclude further representation of Mr. Anderson.

                Respectfully submitted,

                */s/ Dow T. Huskey*

                Dow T. Huskey   (HUS002)

                Attorney for Defendants

                P. O. Drawer 550

                Dothan, Alabama  36302

                T:  334-794-3366

                F:  334-794-7292

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2008, a copy of the foregoing  Motion to Allow Counsel to Withdraw was served via electronic filing upon: Robert Payne Reynolds, Esq., Michael Stewart Jackson, Esq., Thomas Cowin Knowles, Esq., Benjamin Saxon Main, Esq., Ryan Wesley Shaw, Esq. and Rachel L. Webber, Esq.

*/s/  Dow T. Huskey*
Dow T. Huskey