IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:08cv226-WHA |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Motion to Allow Counsel to Withdraw (Doc. #39), filed by counsel for Defendants on July 8, 2008. The motion does not show that a copy was served on Gary L. Anderson. It is hereby ORDERED as follows:

1. Moving counsel are DIRECTED to promptly serve a copy of the motion and this order on Gary L. Anderson and to file a certificate that they have done so, together with the address where Mr. Anderson may be served.

2. Gary L. Anderson is given **until July 23, 2008**, to file a written response to the motion, stating whether he consents to the motion and, if he does not, the reasons that he does not.

DONE this 9th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE