**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **EMPIRE FINANCIAL SERVICES, INC.,** * | | |
| * | | |
| **Plaintiff,** * | | |
| * | | |
| v. * | CIVIL ACTION NUMBER | |
| * | | |
| **KENNETH L. TODD, III,** * | 1:08CV226 | |
| **MICHAEL D. BROCK,** * | | |
| **JAMES R. PAXTON,** * | | |
| **DANIEL A. BAILEY,** * | | |
| **C. WAYNE ROBERTS,** * | | |
| **TIMOTHY L. EAKES,** * | | |
| **GARY L. ANDERSON and** * | | |
| **KEITH A. LAFERRIERE,** * | | |
| * | | |
| **Defendants.** * | | |

# CERTIFICATE

I hereby certify that I have served a copy of the Motion to Allow Counsel to Withdraw and the Court's Order upon Gary L. Anderson, 216 Whisper Lane, Midland City, Alabama 36350 by United States mail, postage prepaid and properly addressed this 9th day of July, 2008. I hereby certify that I previously gave Gary L. Anderson written notice of the intention of counsel to withdraw from further representation of him in this cause.

Respectfully submitted,

*/s/ Dow T. Huskey*
Dow T. Huskey     (HUS002)
Attorney for Defendants
P. O. Drawer 550
Dothan, Alabama  36302
T:  334-794-3366
F:  334-794-7292

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2008, a copy of the foregoing Certificate was served via electronic filing upon: Robert Payne Reynolds, Esq., Michael Stewart Jackson, Esq., Thomas Cowin Knowles, Esq., Benjamin Saxon Main, Esq., Ryan Wesley Shaw, Esq., Rachel L. Webber, Esq., Benjamin Rosenberg, Esq., John Allen Roberts, Esq. and T. Christine Pham, Esq.

                                                 */s/ Dow T. Huskey*
                                                 Dow T. Huskey