**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO: |
| | § | |
| | § | 1:08-cv-00226-WHA-WC |
| VS. | § | |
| KENNETH L. TODD, III, | § | |
| MICHAEL D. BROCK, | § | |
| JAMES R. PAXTON,, | § | |
| DANIEL A. BAILEY, | § | |
| C. WAYNE ROBERTS, | § | |
| TIMOTHY L. EAKES, | § | |
| GARY L. ANDERSON and | § | |
| KEITH A. LAFERRIERE, | § | |
| | § | |
| DEFENDANTS. | § | |

**CONSENT MOTION BY PLAINTIFF TO EXTEND TIME**
**FOR FILING REPLY TO MEMORANDUM IN OPPOSITION**
**TO MOTION TO DISMISS COUNTERCLAIM**

_____COMES NOW Plaintiff, Empire Financial Services, Inc., and moves this Honorable Court to extend the deadline for filing a Reply to Defendants' Memorandum in Opposition to Motion to Dismiss Counterclaim until July 23, 2008 and as grounds therefore states as follows:

1.      Counsel to Defendants consents to the extension of time.

2.      Defendants' Memorandum in Opposition to Motion to Dismiss was received on July 11, 2008 while Counsel for Plaintiff out of the country on vacation and did not return to his office until the following Monday.

3.      Counsel to Plaintiff will be serving as a panelist at the 2008 American Bankruptcy Institute Workshop at Amelia Island beginning July 16, 2008 and will not return to his office until July 21, 2008.

Case No. 1:08-cv-00226-WHA-WC
Page 2

WHEREFORE, Plaintiff moves this Honorable Court to extend the deadline for filing a

Reply to Defendants' Memorandum in Opposition to Motion to Dismiss Counterclaim until July 23,

2008 and grant to Plaintiff such further relief to which it may be entitled.

_____

/s/*Robert P. Reynolds*_____
Robert P. Reynolds
Code No. REY-007
Attorney for Plaintiff, Empire Financial Services, Inc.

OF COUNSEL:
REYNOLDS, REYNOLDS & DUNCAN, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403
Telephone:  (205) 391-0073
E-mail: rreynolds@rrdlaw.com
File No. 358.11-F

Case No. 1:08-cv-00226-WHA
Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the above and foregoing Consent Motion to Extend Time for Filing a Reply to Defendants' Memorandum in Opposition to Motion to Dismiss Counterclaim  has been made this 16th day of July, 2008 electronically and/or U.S. Postal Service, First Class, prepaid upon the following:

Dow T. Huskey, Jr., Esq.
Attorney at Law
Post Office Drawer 550
Dothan, Alabama 36302-0550

Michael S. Jackson, Esq.
Ryan W. Shaw, Esq.
Beers, Anderson, Jackson, Patty & Fawal, PC
Post Office Box 1988
Montgomery, Alabama 36102-1988

Cowin Knowles, Esq.
B. Saxon Main, Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Benjamin Rosenberg, Esq.
John Allen Roberts, Esq.
T. Christine Pham, Esq.
Rosenberg, Martin, Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201

 /s/*Robert P. Reynolds*
Robert P. Reynolds
Of Counsel for Plaintiff

ConsenttoExtendTime.wpd