IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:08-cv-226-WHA-WC |
| | ) | |
| KENNETH L. TODD, III, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Plaintiff's unopposed Motion to Extend Time for Filing a Reply to Defendants' Memorandum in Opposition to Plaintiff's Motion to Dismiss Counterclaim (Doc. # 45), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED and the deadline for the Plaintiff's Reply to the Defendant's Memorandum in Opposition is extended to **July 23, 2008.**

Done this 16th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE