IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC. | ) | 2008 JUL 16  A 10: 34 |
| | ) | |
| Plaintiff | ) | DEBRA P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| v. | ) | Case No.: 1:08-cv-00226-WHA-WC |
| | ) | |
| KENNETH L. TODD, III, *et.al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF H. SCOTT GREGORY, JR.

Pursuant to Local Rule 83.1(b), I am moving the admission of H. Scott Gregory, Jr. to appear *pro hac vice* in this case as additional counsel for the Defendants and state as follows:

1. I, Dow Thobern Huskey, Jr., am a member in good standing of the bar of this Court. My bar number is ASB6371-U69D.

2. By his signature below, the proposed admittee, H. Scott Gregory, Jr., certifies that he is a member in good standing of the bars of the State of Georgia and of the United States District Court for the Northern District of Georgia, as evidenced by the Certificate of Good Standing filed herewith, and has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

3. The proposed admittee, H. Scott Gregory, Jr., has never before been admitted pro hac vice to this Court.

4. By his signature below, the proposed admittee, H. Scott Gregory, Jr., agrees to adhere to this Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline, and, to the extent not inconsistent with the preceding, the American Bar Association Model Rules of Professional Conduct.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted this 15th day of July, 2008.

**MOVANT**

*/s/ Dow Thobern Huskey, Jr.*
Dow Thobern Huskey, Jr. (HUS 002)
Dow T. Huskey Attorney at Law
P. O. Drawer 550
112 West Adams Street
Dothan, AL 36302-0550
Phone: (334) 794-3366
Fax: (334) 794-7292
Email: dhuskey@huskeylaw.com

**PROPOSED ADMITEE**

*/s/ H. Scott Gregory, Jr.*
H. Scott Gregory, Jr.
Ga. Bar No. 310121
Brock, Clay, Calhoun & Rogers, P.C.
49 Atlanta Street
Marietta, GA. 30060
Phone: (770) 422-1776
Fax: (770) 426-6155
Email: sgregory@brockclay.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice* of H. Scott Gregory, Jr. and proposed Order was served by depositing same in the United States Mail, First Class, in an envelope with sufficient postage thereon addressed as follows:

Robert Payne Reynolds
Rachel L. Weber
Reynolds, Reynolds & Duncan, PC
P. O. Box 2863
Tuscaloosa, AL 35803
***Counsel for Plaintiff***

Michael Stewart Jackson
Ryan Wesley Shaw
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.
P.O. Box 1988
Montgomery, AL 36102
***Counsel for Defendant C. Wayne Roberts***

Benjamin Saxon Main
Thomas Cowin Nowles
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148
***Counsel for Third Party Defendants***

/s/ Dow Thobern Huskey, Jr.
Dow Thobern Huskey, Jr.



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Harbert Scott Gregory, State Bar No. 310121,** was duly admitted to practice in said Court on January 16, 1998, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 9th day of July, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No.: 1:08-cv-00226-WHA-WC |
| | ) | |
| KENNETH L. TODD, III, *et.al.* | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF H. SCOTT GREGORY, JR.

Upon consideration of Movant, Dow Thobern Huskey, Jr.'s Motion for Admission *Pro Hac Vice* of H. Scott Gregory, Jr. under Local Rule 83.1(b),

It is this ___ day of _____, 2008, ORDERED that:

(1) Movant, Dow Thobern Huskey, Jr.'s Motion for Admission *Pro Hac Vice* of H. Scott Gregory, Jr. is hereby GRANTED; and

(2) H. Scott Gregory, Jr. is hereby admitted *pro hav vice* in the above-captioned case.

_____
Judge

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005823
Cashier ID: brobinso
Transaction Date: 07/16/2008
Payer Name: DOW HUSKEY
------------------------------------
PRO HAC VICE
 For: H SCOTT GREGORY JR
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 5544
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

1:08-CV-226
```