IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv226-WHA |
| | ) |
| KENNETH L. TODD, III, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #48), filed on behalf of H. Scott Gregory, Jr. on July 16, 2008, and it appearing that H. Scott Gregory, Jr. is a member in good standing of the United States District Court for the Northern District of Georgia, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 22nd day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE