2:08CV226-WHA

Empire Financial
vs.
Kenneth L. Todd, et al.

I do not consent to the Motion to Allow Counsel to Withdraw filed by Dow T. Huskey and in support thereof, state as follows:

1. That the conflict to which the Motion refers is the fact that I have not been able to meet the required capital call, which is used to pay attorney fees; and
2. I have currently paid in excess of $ 60,000 in capital calls which were used for the payment of attorney fees in this action; and
3. That the payment of said money has put me in a financial hardship in that I currently do not have enough money to meet the current capital call; and
4. That, within the next ninety (90) days, I should have enough money to meet the required capital call, which will be used to pay my portion of attorney fees; and
5. That by allowing counsel to withdraw at this stage of the proceedings, after I have paid in excess of $ 60,000 in capital calls which were used to pay attorney fees, will unduly prejudice my ability to defend the accusations made against me by the Plaintiff.

Therefore, I do not consent to the granting of Mr. Huskey's Motion to Withdraw and request the Court for an additional ninety (90) days to raise enough money to pay my portion of the capital call.

[signature]
7-21-08