IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv226-WHA |
| | ) |
| KENNETH L. TODD, III, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Motion to Allow Counsel to Withdraw (Doc. #39), filed by counsel for the Defendant Gary L. Anderson. It is hereby ORDERED that a hearing on the motion is set for Wednesday, August 6, 2008, at 2:30 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, **Montgomery**, Alabama. Only Dow T. Huskey and Gary L. Anderson are DIRECTED to be present at the hearing in person.

DONE this 24th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE