IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | |
| KENNETH L. TODD, III, | * | |
| MICHAEL D. BROCK, | * | 1:08-CV-226-WHA |
| JAMES R. PAXTON, | * | |
| DANIEL A. BAILEY, | * | |
| C. WAYNE ROBERTS, | * | |
| TIMOTHY L. EAKES, | * | |
| GARY L. ANDERSON and | * | |
| KEITH A. LAFERRIERE, | * | |
| | * | |
| Defendants/Counter Plaintiffs/Third Party Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| JOHN MOORE, BRUCE SNEAD, THE PROFILE GROUP, INC. and STONEVIEW SUMMIT DEVELOPMENT, INC., | * | |
| | * | |
| Third Party Defendants. | * | |

## MOTION TO RESET HEARING

COMES NOW Dow T. Huskey, attorney for Defendants in the above-styled cause, and respectfully requests the Court to reschedule the hearing on Defendants' Motion to Allow Counsel to Withdraw presently set for August 6, 2008 on the grounds that said attorney will be traveling outside the United States from August 1 until August 10, 2008.

Respectfully submitted,

*/s/ Dow T. Huskey*
Dow T. Huskey     (HUS002)
Attorney for Defendants
P. O. Drawer 550
Dothan, Alabama  36302
T:  334-794-3366
F:  334-794-7292

## CERTIFICATE OF SERVICE

I hereby certify that on the 28TH day of July, 2008, a copy of the foregoing Motion to Reset Hearing was served via electronic filing upon: Robert Payne Reynolds, Esq., Michael Stewart Jackson, Esq., Thomas Cowin Knowles, Esq., Benjamin Saxon Main, Esq., Ryan Wesley Shaw, Esq., Rachel L. Webber, Esq., Benjamin Rosenberg, Esq., John Allen Roberts, Esq. and T. Christine Pham, Esq. and via U.S. mail, postage prepaid properly addressed upon Gary L. Anderson, 216 Whisper Lane, Midland City, Alabama  35350-7042.

*/s/ Dow T. Huskey*
Dow T. Huskey