IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv226-WHA |
| | ) |
| KENNETH L. TODD, III, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is before the court on the Motion to Reset Hearing (Doc. #53), filed by counsel for the Defendant Gary L. Anderson. For good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The hearing on the Motion to Withdraw is CONTINUED from August 6, 2008, and RESET for Thursday, August 14, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. The clerk is DIRECTED to furnish a copy of this order to the Defendant, Gary L. Anderson, at the address provided by counsel in the Certificate (Doc. #41).

DONE this 29th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE