IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  1:08-cv-226-WHA |
| vs. ) | |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendant/Counter-Plaintiffs' Motion for Leave to File Sur-Reply to Plaintiff's Reply to Memorandum in Opposition to Motion to Dismiss Defendants' Counterclaim (Doc. #55), the Motion is hereby ORDERED GRANTED.  The Clerk is DIRECTED to docket the Sur-Reply which is attached as an exhibit to Doc. #55 as a Sur-Reply filed as of the date of this Order.

Done this 31st day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE