IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC. * | |
| Plaintiff * | |
| v. * | Case No.: 1:08-cv-00226-WHA-WC |
| KENNETH L. TODD, III, *et. al.* * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND TIME FOR FILING DISCOVERY PLAN

The Defendants/Counter-Plaintiffs, by their undersigned counsel, move to extend the deadline for filing the Rule 26(f) report containing the discovery plan and in support state as follows:

1. The Plaintiff and Third Party Defendants consent to this Motion to Extend Time for Filing Discovery Plan.

2. The deadline for filing a discovery plan is currently August 8, 2008.

3. On June 3, 2008, Plaintiff filed a Motion to Dismiss Defendants' Counterclaim.

4. On July 31, 2008, Defendants filed their Sur-Reply Brief and thus the Motion to Dismiss has been fully briefed.

5. A ruling on the Motion to Dismiss will affect the scope of discovery.

6. Consequently the Defendants/Counter-Plaintiffs request that the deadline for filing a discovery plan be extended until 60 days after the Court rules on the Plaintiff's Motion to Dismiss Counterclaim.

WHEREFORE, the Defendants/Counter-Plaintiffs respectfully request that this Consent Motion to Extend Time for Filing Discovery Plan be GRANTED.

Respectfully submitted,

/s/ *Dow T. Huskey*
Dow T. Huskey      (HUS002)
P.O. Drawer 550
Dothan, Alabama  36302
T: 334-794-3366
F: 334-794-7292

/s/ *Benjamin Rosenberg*
Benjamin Rosenberg  (00263)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201
T: 410-727-6600
F: 410-727-1115

/s/ *T. Christine Pham*
T. Christine Pham    (25466)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201
T: 410-727-6600
F: 410-727-1115

/s/ *John A. Roberts*
John A. Roberts      (04969)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland  21201
T: 410-727-6600
F: 410-727-1115

/s/ H. Scott Gregory, Jr.
H. Scott Gregory, Jr.  (Georgia Bar No. 310121)
Brock, Clay, Calhoun & Rogers, P.C.
49 Atlanta Street
Marietta, Georgia 30060
T: 770-422-1776
F: 770-426-6155

Attorneys for Defendants
  Kenneth L. Todd, III
  Michael D. Brock
  James R. Paxton
  Daniel A. Bailey
  C. Wayne Roberts
  Timothy L. Eakes
  Keith A. LaFerriere
  Gary L. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, a copy of the foregoing Consent Motion to Extend Time for Filing Discovery Plan was served via electronic filing upon: Robert Payne Reynolds, Esquire, Rachel L. Webber, Esquire, Michael Stewart Jackson, Esquire, Ryan Wesley Shaw, Thomas Cowin Knowles, Esquire and Benjamin Saxon Main, Esquire.

/s/ Benjamin Rosenberg
Benjamin Rosenberg

284450.01

3