IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC. | * |
| Plaintiff | * |
| v. | *   Case No.: 1:08-cv-00226-WHA-WC |
| KENNETH L. TODD, III, *et. al.* | * |
| Defendants | * |

* * * * * * * * * * * *

## CONSENT MOTION TO EXTEND TIME FOR FILING DISCOVERY PLAN

The Defendants/Counter-Plaintiffs, by their undersigned counsel, move to extend the deadline for filing the Rule 26(f) report containing the discovery plan and in support state as follows:

1. The Plaintiff and Third Party Defendants consent to this Motion to Extend Time for Filing Discovery Plan.

2. The deadline for filing a discovery plan is currently August 8, 2008.

3. On June 3, 2008, Plaintiff filed a Motion to Dismiss Defendants' Counterclaim.

4. On July 31, 2008, Defendants filed their Sur-Reply Brief and thus the Motion to Dismiss has been fully briefed.

5. A ruling on the Motion to Dismiss will affect the scope of discovery.

6. Consequently the Defendants/Counter-Plaintiffs request that the deadline for filing a discovery plan be extended until 60 days after the Court rules on the Plaintiff's Motion to Dismiss Counterclaim.

**MOTION GRANTED**

SO ORDERED
THIS 7th DAY OF August, 2008

_____
UNITED STATES DISTRICT JUDGE