IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:08cv226-WHA |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

At approximately 1:25 p.m. this afternoon, the court received by Federal Express a letter from Gary Anderson dated August 12, 2008, with attachments, copies of which are attached to this order.

It is not acceptable to the court for Mr. Anderson to fail to follow the directive of the court to be present in person for a hearing, but simply make himself available by telephone. It is hereby ORDERED as follows:

1. The hearing scheduled for August 14, 2008, is CONTINUED, to be reset by later order, if necessary.

2. Gary Anderson is DIRECTED to contact Dow Huskey **no later than noon on August 18, 2008**, concerning a possible resolution of this matter, and Mr. Huskey and Mr. Anderson are DIRECTED to discuss the possibility of an agreeable resolution.

3. Mr. Huskey and Mr. Anderson are DIRECTED to electronically file in this case **no later than noon on August 20, 2008**, a joint statement as to whether this matter has been resolved and, if it has not, why not.

DONE this 15th day of August, 2008.

                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE

August 12, 2008

Frank M. Johnson, Jr. Federal
Court House Annex, Ste. 300
One Church St.
Montgomery, AL 36104

Dear Judge Albritton,

I am seventy years old and my wife recently had hip surgery. It is very difficult for me to travel outside of Dothan at this time.

However, I wanted to make myself available by phone, if necessary, for the meeting being held at your office on August 14 about my situation with Lake Martin Partners. 334-803-5350

Enclosed you will find copies of checks I have written to cover Capital Calls. It is not like I have put nothing into helping pay the legal fees of Lake Martin Partners. I have just run out of money for the time being, but I am trying to borrow money on a property and get caught up.

Thank you for your consideration on this matter,

*[signature]*
Gary Anderson
Trustee, MRT

```
                ••0••

          100•  +
          300•  +
          300•  +
       12,112•  +
       10,000•  +
        4,556•  +
       20,000•  +
        3,000•  +
        6,000•  +
        6,000•  +
       62,368•  *

                ••0••
```

```
MILLER REAL ESTATE TRUST                               1035
2367 WOODLEAF LN.                                    61-598/621
DECATUR, GA 30033
                                        DATE  1/31/05
PAY TO THE
ORDER OF   Lake Martin Partners           | $  100.00

    One  hundred   and   no   cents                  DOLLARS

  SunSouthBank

MEMO_____

  ⑈001035⑈ ⑆062105985⑆  20080102 5⑈    ⑈000000 10000⑈
```

02/03/2005    1035    $100.00



**COLONIAL BANK**

*Questions about your account, call*
*Colonial Connection: 877-502-2265*

*www.colonialbank.com*

| | |
|---|---|
| THE FIRM FOUNDATION IRREVOCABLE TRUST | 1004 |
| 255 NORTH OATES STREET SUITE I | 01-134/620 |
| DOTHAN, AL 36303 | |

DATE 2-6-07

PAY TO THE ORDER OF  Ask Martin Partners                $ 300.00

Three hundred ⁰⁰/₁₀₀                                    DOLLARS

COLONIAL BANK, N.A.
DOTHAN, AL

FOR  Capital Contributions                    [signature]

⑈001004⑈  ⑉062001319⑉  8041593875⑈  /00000030000/

Ck# 1004         Date 02/12/2007         $300.00         Ck# 1

Ck# 1010     Date 03/30/2007     $300.00

COLONIAL BANK, N.A.
MEMBER FDIC

021584   06




# COLONIAL BANK

## Secure Access Business MMDA

Questions about your account, call
Colonial Connection: 877-502-2265

www.colonialbank.com

| ACCOUNT NUMBER | 8041593826 |
| --- | --- |
| STATEMENT PERIOD | August 1, 2007 – August 31, 2007 |



Date



Ck# 1017   Date 08/23/2007   $4,556.00



Ck# 1018   Date 08/30/2007   $10,000.00

COLONIAL BANK, N.A.
MEMBER FDIC

| | | |
|---|---|---|
| Miller Real Estate Trust<br>355 North Oates Street, Suite 1<br>Dothan, AL 36303 | | 1304<br>61-5060021 |
| | DATE 8-29-07 | |
| PAY TO THE ORDER OF _Lake Martin Partners_ | | $ _20,000.00_ |
| _Twenty thousand, no/100_ | | DOLLARS |
| SUN SOUTH BANK<br>ESTABLISHED 1954<br>DOTHAN, ALABAMA 36302 | | |
| FOR _Capital Contribution_ | [signature] | |
| ⑆001304⑆ ⑈062105985⑈ 20080 1025⑆ | | ⑆000 20000000⑆ |

08/30/2007   1304   $20,000.00

| | | |
|---|---|---|
| Miller Real Estate Trust<br>355 North Oates Street, Suite 1<br>Dothan, AL 36303 | | 61-1 |
| | DATE | |
| PAY TO THE ORDER OF | | $ |
| | | DOLLARS |
| SUN SOUTH BANK<br>ESTABLISHED 1954<br>DOTHAN, ALABAMA 36302 | [signature] | |
| FOR | | |
| ⑈062105985⑈ 20080 1025⑆ | | |

# Secure Access Business MMDA

| ACCOUNT NUMBER | 8041593826 |
|---|---|
| STATEMENT PERIOD | October 1, 2007 – October 31, 2007 |

Ck# 1022     Date 10/26/2007     $3,000.00

| | |
|---|---|
| Miller Real Estate Trust<br>355 North Oates Street, Suite 1<br>Dothan, AL 36303 | 1345<br>61-5950/621 |
| DATE 10-23-07 | |
| PAY TO THE ORDER OF Lake Martin Partners | $ 6,000.00 |
| Six thousand no/100 DOLLARS | |
| SUN SOUTH BANK<br>ESTABLISHED 1854<br>DOTHAN, ALABAMA 36302 | |
| For Capital Contribution | [signature] |
| ⑈001345⑈ ⑆062105985⑆  20080105⑈ | ⑈000060000⑈ |

10/26/2007    1345    $6,000.00

| | |
|---|---|
| Miller Real Estate<br>355 North Oates Street, Suite 1<br>Dothan, AL 36303 | 1490 |

PAY TO THE ORDER OF  Lake Martin Partners                      DATE 4-7-08

$ 6,000.00

Six thousand  00/100                                          DOLLARS

SUN SOUTH BANK
ESTABLISHED 1954
DOTHAN, ALABAMA 36302

FOR Capital Contribution

⑈001490⑈  ⑆062105985⑆  20080025⑈  ⑈0000600000⑈

04/09/2008   1490   $6,000.00