**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 14, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Empire Financial Services, Inc. Vs. Kenneth Todd, et al**
**Case Number: 1:08cv226-WHA**

**Pleading : #61 - Order**

**Notice of Correction is being filed this date to advise that the referenced Order was entered on the docket on 8/13/08 without the letter from Gary Anderson submitted as part of the attachments as intended.**

**The corrected pdf document are attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:08cv226-WHA |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

At approximately 1:25 p.m. this afternoon, the court received by Federal Express a letter from Gary Anderson dated August 12, 2008, with attachments, copies of which are attached to this order.

It is not acceptable to the court for Mr. Anderson to fail to follow the directive of the court to be present in person for a hearing, but simply make himself available by telephone. It is hereby ORDERED as follows:

1. The hearing scheduled for August 14, 2008, is CONTINUED, to be reset by later order, if necessary.

2. Gary Anderson is DIRECTED to contact Dow Huskey **no later than noon on August 18, 2008**, concerning a possible resolution of this matter, and Mr. Huskey and Mr. Anderson are DIRECTED to discuss the possibility of an agreeable resolution.

3. Mr. Huskey and Mr. Anderson are DIRECTED to electronically file in this case **no later than noon on August 20, 2008**, a joint statement as to whether this matter has been resolved and, if it has not, why not.

DONE this 15th day of August, 2008.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE

August 12, 2008

Frank M. Johnson, Jr. Federal
Court House Annex, Ste. 300
One Church St.
Montgomery, AL  36104

Dear Judge Albritton,

I am seventy years old and my wife recently had hip surgery. It is very difficult for me to travel outside of Dothan at this time.

However, I wanted to make myself available by phone, if necessary, for the meeting being held at your office on August 14 about my situation with Lake Martin Partners. 334-803-5350

Enclosed you will find copies of checks I have written to cover Capital Calls. It is not like I have put nothing into helping pay the legal fees of Lake Martin Partners. I have just run out of money for the time being, but I am trying to borrow money on a property and get caught up.

Thank you for your consideration on this matter,

Gary Anderson
Trustee, MRT

```
            ••0••

       100•   +
       300•   +
       300•   +
    12,112•   +
    10,000•   +
     4,556•   +
    20,000•   +
     3,000•   +
     6,000•   +
     6,000•   +
    62,368•   *

            ••0••
```

MILLER REAL ESTATE TRUST
2367 WOODLEAF LN.
DECATUR, GA 30033

1035
61-598/621

DATE 1/31/05

PAY TO THE ORDER OF  Lake Martin Partners    $ 100.00

One hundred and no cents    DOLLARS

SunSouthBank

MEMO

⑈001035⑈ ⑆062105985⑆ 20080025⑈    ⑈000000010000⑈

02/03/2005    1035    $100.00



**COLONIAL BANK.**

*Questions about your account, call*
*Colonial Connection: 877-502-2265*

*www.colonialbank.com*

| | |
|---|---|
| THE FIRM FOUNDATION IRREVOCABLE TRUST | 1004 |
| 255 NORTH OATES STREET SUITE 1 | |
| DOTHAN, AL 36303 | |

DATE 2-6-07

PAY TO THE ORDER OF _Ask Martin Partners_  $ 300.00

_Three hundred 0/100_ DOLLARS

COLONIAL BANK, N.A.
DOTHAN, AL

FOR _Capital Contributions_

Ck# 1004    Date 02/12/2007    $300.00

Ck# 1010        Date 03/30/2007       $300.00

COLONIAL BANK, N.A.
MEMBER FDIC

021584    06

Miller Real Estate Trust
355 North Oates Street, Suite 1
Dothan, AL 36303
SUN SOUTH BANK
ESTABLISHED 1964
DOTHAN, ALABAMA 36302
PAY TO THE ORDER OF
DOLLARS
DATE

08/22/2007 1289 $12,112.00
Miller Real Estate Trust
355 North Oates Street, Suite 1
Dothan, AL 36303
SUN SOUTH BANK
ESTABLISHED 1964
DOTHAN, ALABAMA 36302
PAY TO THE ORDER OF
DOLLARS
DATE
1289

# COLONIAL BANK

Questions about your account, call
Colonial Connection: 877-502-2265

www.colonialbank.com

## Secure Access Business MMDA

ACCOUNT NUMBER    8041593826

STATEMENT PERIOD    August 1, 2007 – August 31, 2007



Date



Ck# 1017        Date 08/23/2007        $4,556.00



Ck# 1018        Date 08/30/2007        $10,000.00

| | | |
|---|---|---|
| Miller Real Estate Trust | | 1304 |
| 355 North Oates Street, Suite 1 | | |
| Dothan, AL 36303 | | |
| | DATE 8-29-07 | |
| PAY TO THE ORDER OF Lake Martin Partners | | $ 20,000.00 |
| Twenty thousand no/100 | | DOLLARS |
| SUN SOUTH BANK | | |
| ESTABLISHED 1954 | | |
| DOTHAN, ALABAMA 36302 | | |
| FOR Capital Contribution | [signature] | |

⑈⑈0001304⑈⑈  ⑆062105985⑆  2008010254  ⑈⑈000 2000000⑈⑈

08/30/2007    1304    $20,000.00

Miller Real Estate Trust
355 North Oates Street, Suite 1
Dothan, AL 36303

DATE _____

PAY TO THE ORDER OF _____ $ ____

_____ DOLLARS

SUN SOUTH BANK
ESTABLISHED 1954
DOTHAN, ALABAMA 36302

FOR _____   ⑆062105985⑆  2008010254   [signature]

## Secure Access Business MMDA

| ACCOUNT NUMBER | 8041593826 |
| --- | --- |
| STATEMENT PERIOD | October 1, 2007 – October 31, 2007 |

THE FIRM FOUNDATION IRREVOCABLE TRUST
353 NORTH OATES STREET SUITE 1
DOTHAM, AL 36303

1022

DATE 10-23-07

PAY TO THE ORDER OF Lake Martin Partners         $ 3,000.00

Three thousand no/100                            DOLLARS

COLONIAL BANK, N.A.
DOTHAN, AL

FOR Capital Construction

#001022# :062001319: 8041593826#        /0000300000/

Ck# 1022          Date 10/26/2007       $3,000.00



10/26/2007   1345   $6,000.00

Miller Real Estate
355 North Oa... Street, Ste 1
Dothan, AL 36...                                             1490

PAY TO THE ORDER OF  Lake Martin Partners                DATE 4-7-08
                                                         $ 6,000.00
Six thousand 00/100                                      DOLLARS

BBVA SOUTH BANK
ESTABLISHED 1954
DOTHAN, ALABAMA 36302

FOR Capital Contribution

⑊001490⑊  ⑉062105985⑉  20080025⑊     ⑊0000600000⑊

04/09/2008   1490   $6,000.00