IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | |
| KENNETH L. TODD, III, | * | |
| MICHAEL D. BROCK, | * | 1:08-CV-226-WHA |
| JAMES R. PAXTON, | * | |
| DANIEL A. BAILEY, | * | |
| C. WAYNE ROBERTS, | * | |
| TIMOTHY L. EAKES, | * | |
| GARY L. ANDERSON and | * | |
| KEITH A. LAFERRIERE, | * | |
| | * | |
| Defendants/Counter Plaintiffs/ | * | |
| Third Party Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| JOHN MOORE, BRUCE SNEAD, THE | * | |
| PROFILE GROUP, INC. and | * | |
| STONEVIEW SUMMIT | * | |
| DEVELOPMENT, INC., | * | |
| | * | |
| Third Party Defendants. | * | |

## STATEMENT IN RESPONSE TO ORDER

**COMES NOW** Dow T. Huskey, an attorney for the Defendants in this action and, pursuant to this Court's Order of August 13, 2008, makes known to the Court that Defendant Gary Anderson has not contacted the undersigned attorney and that, as a consequence, the pending Motion to Withdraw from further representation of Defendant Gary Anderson has not been resolved. Defendants renew their Motion to Withdraw from further representation of Defendant Gary Anderson in this matter.

Respectfully submitted,

*/s/ Dow T. Huskey*
Dow T. Huskey     (HUS002)
One of the Attorneys for Defendants
P. O. Drawer 550
Dothan, Alabama  36302
T:  334-794-3366
F:  334-794-7292

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2008**,** a copy of the foregoing Statement was served via electronic filing upon: Robert Payne Reynolds, Esq., Michael Stewart Jackson, Esq., Thomas Cowin Knowles, Esq., Benjamin Saxon Main, Esq., Ryan Wesley Shaw, Esq., Rachel L. Webber, Esq., Benjamin Rosenberg, Esq., H. Scott Gregory, Jr., Esq., John Allen Roberts, Esq. and T. Christine Pham, Esq. and via U.S. mail, postage prepaid properly addressed upon Gary L. Anderson, 216 Whisper Lane, Midland City, Alabama  35350-7042.

*/s/ Dow T. Huskey*
Dow T. Huskey