IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs.   ) | CIVIL ACTION NO. 1:08cv226-WHA |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

After receiving from Dow T. Huskey his "Statement and Response to Order" (Doc. #63), the court discovered that the clerk's office inadvertently had failed to furnish Defendant Gary Anderson with a copy of this court's order (Doc. #61), entered on August 13, 2008. Therefore, Mr. Anderson not having been advised of the court's earlier direction to him, it is now ORDERED as follows:

1. Gary Anderson is DIRECTED to contact Dow Huskey **no later than noon on August 25, 2008**, concerning a possible resolution of Mr. Huskey's Motion to Withdraw, and Mr. Huskey and Mr. Anderson are DIRECTED to discuss the possibility of an agreeable resolution.

2. Mr. Huskey and Mr. Anderson are DIRECTED to electronically file in this case **no later than August 27, 2008**, a joint statement as to whether this matter has been resolved and, if it has not, why not.

3. The clerk is DIRECTED to mail copies of this order, together with a copy of the court's order (Doc. #61) entered on August 13, 2008, to Mr. Gary Anderson, 216 Whisper Lane, Midland City, Alabama 35350-7042.

DONE this 20th day of August, 2008.

        /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE