IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **EMPIRE FINANCIAL SERVICES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NUMBER: |
| | * | |
| KENNETH L. TODD, III, | * | |
| MICHAEL D. BROCK, | * | 1:08-CV-226-WHA |
| JAMES R. PAXTON, | * | |
| DANIEL A. BAILEY, | * | |
| C. WAYNE ROBERTS, | * | |
| TIMOTHY L. EAKES, | * | |
| GARY L. ANDERSON and | * | |
| KEITH A. LAFERRIERE, | * | |
| | * | |
| Defendants/Counter Plaintiffs/ | * | |
| Third Party Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| JOHN MOORE, BRUCE SNEAD, THE | * | |
| PROFILE GROUP, INC. and | * | |
| STONEVIEW SUMMIT | * | |
| DEVELOPMENT, INC., | * | |
| | * | |
| Third Party Defendants. | * | |

## JOINT STATEMENT IN RESPONSE TO ORDER

**COME NOW** both Dow T. Huskey, an attorney for the Defendants in this action and Gary L. Anderson, a Defendant in this action and, pursuant to this Court's Order dated August 20, 2008, file a joint statement informing the Court that a discussion was held regarding the possibility of an agreeable resolution to Defendant's pending Motion to Allow Counsel to Withdraw and, as a result of such discussion, this matter has not been resolved to the satisfaction of Defendants and Defendant Gary L. Anderson. Defendant Gary L. Anderson represented to

the Court in his response filed on or about July 21, 2008, that he had paid in excess of $60,000.00 in capital calls which were used for the payment of attorney fees in this action and that within ninety (90) days thereafter he should have enough money to meet the capital calls required of the Defendants.  Further, in Defendant Gary L. Anderson's August 12, 2008 letter to the Court, he indicated he was trying to borrow money on a property to become current in meeting said required capital calls.  Defendant Gary L. Anderson is in arrears in the payment of capital calls and has not paid anything toward attorneys' fees in this action.  Further, Defendant Gary L. Anderson disclosed in the discussion that he had no reasonable prospect of securing funds to pay his arrearage in and future capital calls, some of which would be used to pay attorneys' fees in this action.  Defendant Gary L. Anderson stated this is his economic circumstance and he is not withholding payment intentionally.  Defendants are not willing to continue to pay attorneys' fees on behalf of Defendant Gary L. Anderson in this action.

Respectfully submitted,

/s/  Dow T. Huskey
Dow T. Huskey     (HUS002)
One of the Attorneys for Defendants
P. O. Drawer 550
Dothan, Alabama  36302
T:  334-794-3366
F:  334-794-7292

/s/  Gary L. Anderson
Gary L. Anderson
Defendant
216 Whisper Lane
Midland City, Alabama 36350

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2008, a copy of the foregoing Statement was served via electronic filing upon: Robert Payne Reynolds, Esq., Michael Stewart Jackson, Esq., Thomas Cowin Knowles, Esq., Benjamin Saxon Main, Esq., Ryan Wesley Shaw, Esq., Rachel L. Webber, Esq., Benjamin Rosenberg, Esq., H. Scott Gregory, Jr., Esq., John Allen Roberts, Esq. and T. Christine Pham, Esq. and via U.S. mail, postage prepaid properly addressed upon Gary L. Anderson, 216 Whisper Lane, Midland City, Alabama 35350-7042.

/s/ Dow T. Huskey
Dow T. Huskey