IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.  1:08-cv-226-WHA |
| vs. | ) | |
| | ) | (WO) |
| KENNETH L. TODD, III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of the Motion to Allow Counsel to Withdraw (Doc. #39) and the

Joint Statement in Response to Order, it is hereby ORDERED as follows:

1. The Motion to Allow Counsel to Withdraw (Doc. #39) is GRANTED.

2. As requested in the Motion, Dow T. Huskey, Benjamin Rosenberg, John Allen

Roberts and T. Christine Pham are allowed to withdraw from representation of Gary L.

Anderson.

3. Gary L. Anderson continues to be represented by H. Scott Gregory, Jr.

4. The Clerk is DIRECTED to mail a copy of this Order to Gary L. Anderson at 216

Whisper Lane, Midland City, Alabama 36350.

Done this 28th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE