IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMPIRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 1:08-cv-226-WHA |
| vs. ) | |
| ) | |
| KENNETH L. TODD, III, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Dismiss Counterclaim, and the briefs in support and opposition thereto, it appears to the court that the Defendants/Counterclaimants have not responded to the judicial estoppel argument raised in the Motion, and more thoroughly briefed in the Reply. Accordingly, it is hereby

ORDERED that if the Defendants/Counterclaimants do not concede that the Motion to Dismiss is due to be granted on the basis of judicial estoppel in this case, they are to file a brief responding to the judicial estoppel argument on or before September 5, 2008.

Done this 29th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE