IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMPIRE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.  1:08-cv-226-WHA |
| v. | ) | |
| | ) | (WO) |
| KENNETH L. TODD, III, et al., | ) | |
| | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| JOHN MOORE, et al., | ) | |
| | ) | |
| Third-party Defendants. | ) | |

**<u>ORDER</u>**

This cause is before the court on a document styled "Motion for Reconsideration & Clarification, Motion to Intervene as Plaintiffs under Fed. R. Civ. P. Rule 24(a)2, 24(B), and a Motion for Brief of Amicus Curiae, Friend of the Court" (Doc. #99).

The Motion is filed by Jonathan Lee Riches, *pro se*, and includes as movants Rod R. Blagojevich and John Harris.  Court records, however, reveal that attempted service of the Motion on Rod. R. Blagojevich and John Harris was returned to sender by the United States Postal Service.

The Motion provides no legal basis for intervention, nor any basis for standing of the movants to have the court reconsider or clarify any orders previously entered.  There is also no indication in the motion what the basis for submission of an amicus curiae brief would be, nor what issue relevant to the case such a brief would address.  Accordingly, it is hereby

ORDERED that the Motion for Reconsideration & Clarification, Motion to Intervene as

Plaintiffs under Fed. R. Civ. P. Rule 24(a)2, 24(B), and a Motion for Brief of Amicus Curiae, Friend of the Court (Doc. #99) is DENIED.

The Clerk is DIRECTED to serve a copy of this Order by certified mail on the movants at the addresses shown in the Motion.

Done this 30th day of January, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE